Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
Email: preilly@hollandhart.com
smschwartz@hollandhart.com

*Attorneys for Defendant*
*Alco Capital Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATHER AHMED,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALCO CAPITAL GROUP, LLC,<br><br>　　　　　　Defendant. | Case No.: 2:16-cv-01741-JAD-CWH<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**ORDER** |

/ / /

/ / /

/ / /

9570855_1

## STIPULATION

Plaintiff Ather Ahmed and Alco Capital Group, LLC hereby stipulate and agree to dismiss the above-entitled action with prejudice, with each party to bear its or his own attorney's fees and costs.

DATED this 15th day of February, 2017.        DATED this 15th day of February, 2017.

         /s/ Michael Kind                                           /s/ Patrick J. Reilly
Michael Kind, Esq.                                         Patrick J. Reilly, Esq.
KAZEROUNI LAW GROUP, APC                    Susan M. Schwartz, Esq.
7854 W. Sahara Avenue                              HOLLAND & HART LLP
Las Vegas, Nevada 89117                           9555 Hillwood Drive, 2nd Floor
                                                                    Las Vegas, NV 89134
David H. Krieger, Esq.
HAINES & KRIEGER, LLC                           *Attorneys for Defendant*
8985 S. Eastern Avenue, Suite 350             *Alco Capital Group, LLC*
Henderson, Nevada 89123

*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: February 16, 2017.

_____
UNITED STATES DISTRICT JUDGE

9570855_1